OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 7

$ 00.26⁵
MAR 10 2015
WR-78,231-07

3/2/2015
JOHNSON, KENNETH RAY     Tr. Ct. No. CR23,288-B
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

PRESIDING JUDGE 20TH DISTRICT COURT
P O BOX 728
CAMERON, TX 76520

UTF

AAWBS3B   76520